IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STEVEN CRAIG PATTY, § <br>    Plaintiff, § <br> § <br> v. § <br> § <br> UNITED STATES OF AMERICA, § <br> *et al.*, § <br>    Defendants. § | CIVIL ACTION NO. H-13-3173 |

### ORDER

It is hereby **ORDERED** that the deadline for the parties' Joint Discovery/Case Management Plan is extended to **March 17, 2014,** and the initial pretrial conference is rescheduled to **March 24, 2014, at 12:30 p.m.** It is further

**ORDERED** that by **February 27, 2014**, Plaintiff shall either present evidence of service on Defendants or show cause why this case should not be dismissed for lack of service.  Plaintiff is advised that failure to comply will result in dismissal of this case pursuant to Rule 4(m) of the Federal Rules of Civil Procedure as against any unserved Defendant.

SIGNED at Houston, Texas, this **23rd** day of **December, 2013**.

_____
Nancy F. Atlas
United States District Judge

P:\ORDERS\11-2013\3173ResetIPTC.Rule4m.wpd   131223.1510