IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVEN CRAIG PATTY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-3173 |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

**ORDER**

An order granting the United States's Motion for Protective Order was entered in this case on March 6, 2014. The court order stated that information and documents relating to the confidential operations of the U.S. Drug Enforcement Administration (DEA), as well as the identities of undercover agents and law enforcement personnel involved in the agency's operations, were prohibited from public disclosure and were to remain under seal.

In the course of the litigation, Javier Pena provided an affidavit and Fernando Villasana gave a deposition. Javier Pena has been quoted extensively in the media, including the *Houston Chronicle*, about his DEA role and involvement as a consultant for a television network working on a series about the DEA. Mr. Villasana's role is explained in the unsealed opinion.

The court has received a request to unseal Mr. Pena's affidavit (Docket Entry No. 15) and the portions of Mr. Villasana's deposition that are part of the court's record in this case. The seal otherwise remains.

SIGNED on September 30, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge